UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:
Richard S. Virnig

Debtor.

Case No. 20-40188
CHAPTER 13 PLAN  ☒ Modified
Dated July 30, 2020

*In a joint case, debtor means debtors in this plan.*

**Part 1. NOTICE OF NONSTANDARD PLAN PROVISIONS, SECURED CLAIM LIMITATIONS, AND LIEN OR SECURITY INTEREST AVOIDANCE: Debtor must check the appropriate boxes below to state whether or not the plan includes each of the following items:**

| | | | |
|---|---|---|---|
| 1.1 | A limit on the amount of a secured claim based on a valuation of the collateral for the claim, set out in Parts 9 or 17 | ☐ Included | ☒ Not included |
| 1.2 | Avoidance of a security interest or lien, set out in Part 17 | ☐ Included | ☒ Not included |
| 1.3 | Nonstandard provisions, set out in Part 17 | ☒ Included | ☐ Not included |

**Part 2. DEBTOR'S PAYMENTS TO TRUSTEE**
2.1 As of the date of this plan, the debtor has paid the trustee $0.00.
2.2 Beginning February 2020, the debtor will pay the trustee $2,800.00 per month for 10 months, for a total of $28,000.00; then $4,210.00 per month for 14 months for a total of $58,940.00; then $4,710.00 per month for 36 months for a total of $169,560.00. The initial plan payment is due not later than 30 days after the order for relief.
2.3 The minimum plan length is ☐ 36 months or ☒ 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.
2.4 The debtor will also pay the trustee $0.00.
2.5 The debtor will pay the trustee a total of $256,500.00 [lines 2.1 + 2.2 + 2.4].

**Part 3. PAYMENTS BY TRUSTEE:** The Trustee will pay from available funds only creditors for which proofs of claim have been filed. The trustee may collect a fee of up to 10% of plan payments, or $25,650.00 [line 2.5 x .10].

**Part 4. ADEQUATE PROTECTION PAYMENTS (§ 1326(a)(1)(C)):** The trustee will promptly pay from available funds adequate protection payments to creditors holding allowed claims secured by personal property, according to the following schedule, beginning in month one (1).

| | Creditor | Monthly payment | Number of payments | Total payments |
|---|---|---|---|---|
| 4.1 | NONE | | | |
| 4.2 | | | | |
| | TOTAL | | | |

**Part 5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES (§ 365):** The debtor assumes the following executory contracts or unexpired leases. Debtor will pay directly to creditors all payments that come due after the date the petition was filed. Cure provisions, if any, are set forth in Part 8.

| | Creditor | Description of property |
|---|---|---|
| 5.1 | Delbert Schieberl | Residential lease |
| 5.2 | | |

**Part 6. CLAIMS NOT IN DEFAULT:** Payments on the following claims are current and the debtor will pay directly to creditors all payments that come due after the date the petition was filed. The creditors will retain liens, if any.

| | Creditor | Description of property |
|---|---|---|
| 6.1 | NONE | |
| 6.2 | | |

**Part 7. HOME MORTGAGES IN DEFAULT (§§ 1322(b)(5) AND 1322(e)):** The trustee will cure payment defaults on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay directly to creditors all payments that come due after the date the petition was filed. The creditors will retain liens. **All following entries are estimates.** The trustee will pay the actual amounts of default.

|  | Creditor | Amount of default | Monthly payment | Beginning in month # | Number of payments | Total payments |
|---|---|---|---|---|---|---|
| 7.1 | NONE | | | | | |
| 7.2 | | | | | | |
|  | TOTAL | | | | | |

**Part 8. CLAIMS IN DEFAULT** (**§§ 1322(b)(3) AND (5) AND 1322(e)):** The trustee will cure payment defaults on the following claims as set forth below. The debtor will pay directly to creditors all payments that come due after the date the petition was filed. The creditors will retain liens, if any. **All following entries are estimates, except for interest rate.**

|  | Creditor | Amount of default | Interest rate (if any) | Monthly payment | Beginning in month # | Number of payments | Total payments |
|---|---|---|---|---|---|---|---|
| 8.1 | NONE | | | | | | |
| 8.2 | | | | | | | |
|  | TOTAL | | | | | | |

**Part 9. SECURED CLAIMS SUBJECT TO MODIFICATION ("CRAMDOWN") PURSUANT TO § 506 (§ 1325(a)(5)) (secured claim amounts in this Part control over any contrary amounts except for secured claims of governmental units):** The trustee will pay, on account of the following allowed secured claims, the amount set forth in the "Total Payments" column below. Unless otherwise specified in Part 17, the creditors will retain liens securing the allowed secured claims until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or the date of the debtor's discharge, and if this case is dismissed or converted without completion of the plan, such liens shall also be retained by such holders to the extent recognized by applicable nonbankruptcy law. **Notwithstanding a creditor's proof of claim filed before or after confirmation, the amount listed in this Part as a creditor's secured claim binds the creditor pursuant to 11 U.S.C. § 1327 and confirmation of the plan is a determination of the creditor's allowed secured claim.** For secured claims of governmental units, unless otherwise ordered by the court, the value of a secured claim listed in a proof of claim filed in accordance with FRBP 3012(c) controls over any contrary amount.

|  | Creditor | Claim amount | Secured claim | Interest rate | Beginning in month # | x (Monthly payment | x Number of payments | = Plan payments | + Adq. Pro. from Part 4 | = Total payments |
|---|---|---|---|---|---|---|---|---|---|---|
| 9.1 | IRS | 11853.31 | 11853.31 | 5.0 | 3 | 2520.00 | 4 | 10080.00 | | 10080.00 |
| 9.2 | IRS | | | | 7 | 2017.93 | 1 | 2017.93 | | 2017.93 |
|  | TOTAL | | | | | | | | | 12,097.93 |

**Part 10. SECURED CLAIMS EXCLUDED FROM § 506 AND NOT SUBJECT TO MODIFICATION ("CRAMDOWN") (§ 1325(a)) (910 vehicles and other things of value)(allowed secured claim controls over any contrary amount):**
The trustee will pay in full the amount of the following allowed secured claims. **All following entries are estimates, except for interest rate.** The creditors will retain liens. Unmodified 910 claims not in default are addressed in Part 6. Unmodified 910 claims in default are addressed in Part 8.

|  | Creditor | Claim amount | Interest rate | Begin-ning in month # | (Monthly payment | x Number of payments) | = Plan payments | + Adq. Pro. from Part 4 | = Total payments |
|---|---|---|---|---|---|---|---|---|---|
| 10.1 | NONE | | | | | | | | |
| 10.2 | | | | | | | | | |
|  | TOTAL | | | | | | | | |

**Part 11. PRIORITY CLAIMS (not including claims under Part 12):** The trustee will pay in full all claims entitled to priority under § 507(a)(2) through (a)(10), including the following. **The amounts listed are estimates.** The trustee will pay the amounts actually allowed.

|  | Creditor | Estimated claim | Monthly payment | Beginning in month # | Number of payments | Total payments |
|---|---|---|---|---|---|---|
| 11.1 | Thomas H. Olive Law, PA | 4,000.00 | 2520.00 | 1 | 1 | 2,520.00 |
| 11.2 | Thomas H. Olive Law, PA | | 1480.00 | 2 | 1 | 1,480.00 |
| 11.3 | Internal Revenue Service | 189,739.07 | 2290.00 | 8 | 2 | 5,980.00 |
| 11.4 | Internal Revenue Service | | 3355.00 | 10 | 15 | 50,325.00 |
| 11.5 | Internal Revenue Service | | 3770.00 | 25 | 35 | 131,950.00 |
| 11.6 | Internal Revenue Service | | 1484.07 | 60 | 1 | 1484.07 |
| 11.7 | MN Department of Revenue | 23,880.03 | 230.00 | 8 | 2 | 460.00 |
| 11.8 | MN Department of Revenue | | 434.00 | 10 | 15 | 6,510.00 |
| 11.9 | MN Department of Revenue | | 469.00 | 25 | 35 | 16,415.00 |
| 11.10 | MN Department of Revenue | | 495.03 | 60 | 1 | 495.03 |
|  | TOTAL | | | | | 217,619.10 |

**Part 12. DOMESTIC SUPPORT OBLIGATION CLAIMS:** The trustee will pay in full all domestic support obligation claims entitled to priority under § 507(a)(1), including the following. **The amounts listed are estimates.** The trustee will pay the amounts actually allowed.

|  | Creditor | Estimated claim | Monthly payment | Beginning in month # | Number of payments | Total payments |
|---|---|---|---|---|---|---|
| 12.1 | NONE | | | | | |
|  | TOTAL | | | | | |

**Part 13. SEPARATE CLASSES OF UNSECURED CLAIMS:** In addition to the class of unsecured claims specified in Part 14, there shall be separate classes of non-priority unsecured claims described as follows:_____.
The trustee will pay the allowed claims of the following creditors. **All entries below are estimates.**

|  | Creditor | Estimated Claim | Interest rate (if any) | Monthly payment | Beginning in month # | Number of payments | Total payments |
|---|---|---|---|---|---|---|---|
| 13.1 | NONE | | | | | | |
|  | TOTAL | | | | | | |

**Part 14. TIMELY FILED UNSECURED CLAIMS:** The trustee will pay holders of non-priority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under Parts 3, 7, 8, 9, 10, 11, 12 and 13 their pro rata share of approximately $1,912.97 [line 2.5 minus totals in Parts 3, 7, 8, 9, 10, 11, 12 and 13].
14.1 The debtor estimates that the total unsecured claims held by creditors listed in Part 9 are $0.00.
14.2 The debtor estimates that the debtor's total unsecured claims (excluding those in Parts 9 and 13) are $94,638.23.
14.3 Total estimated unsecured claims are $94,638.23 [lines 14.1 + 14.2].

**Part 15. TARDILY-FILED UNSECURED CLAIMS:** All money paid by the debtor to the trustee under Part 2, but not distributed by the trustee under Parts 3, 4, 7, 8, 9, 10, 11, 12, 13 and 14, will be paid to holders of allowed nonpriority unsecured claims for which proofs of claim were tardily filed.

**Part 16. SURRENDER OF COLLATERAL AND REQUEST FOR TERMINATION OF STAY:** The debtor has surrendered or will surrender the following property to the creditor. The debtor requests that the stays under §§ 362(a) and 1301(a) be terminated as to the surrendered collateral upon confirmation of the plan.

|      | Creditor | Description of property |
|------|----------|-------------------------|
| 16.1 | The Village at Palmetto Dunes | Timeshare |
| 16.2 |          |                         |

**Part 17. NONSTANDARD PROVISIONS:** The Trustee may distribute additional sums not expressly provided for herein at the trustee's discretion. Any nonstandard provisions, as defined in FRBP 3015(c), must be in this Part. Any nonstandard provision placed elsewhere in the plan is void. Any request by the debtor to modify a claim secured only by a security interest in real property that is the debtor's principal residence must be listed in this Part and the debtor must bring a motion to determine the value of the secured claim pursuant to Local Rule 3012-1(a).

|      |  |
|------|--|
| 17.1 | The Debtor shall send the Trustee each year during the Chapter 13 Plan copies of his/her federal and state income tax returns at the time they are filed. The debtor shall also promptly report to the Trustee the receipt of any state and federal tax refunds for the duration of this Chapter 13 case. Debtor shall be entitled to retain the first $1,200 of refunds plus any earned income credit (EIC) plus any Minnesota Working Family credit. Any remaining amounts shall be turned over to the Chapter 13 Plan as additional plan payment. |
| 17.2 |  |

**SUMMARY OF PAYMENTS:**

| Class of payment | Amount to be paid |
|------------------|-------------------|
| Payments by trustee [Part 3] | 25,650.00 |
| Home mortgages in default [Part 7] |  |
| Claims in default [Part 8] |  |
| Secured claims subject to modification (cramdown) pursuant to § 506 [Part 9] | 12,097.93 |
| Secured claims excluded from § 506 [Part 10] |  |
| Priority claims [Part 11] | 217,619.10 |
| Domestic support obligation claims [Part 12] |  |
| Separate classes of unsecured claims [Part 13] |  |
| Timely filed unsecured claims [Part 14] | 1,132.97 |
| TOTAL (must equal line 2.5) | 256,500.00 |

Certification regarding nonstandard provisions:
I certify that this plan contains no nonstandard provision except as placed in Part 17.

Signed: _Thomas H. Olive_
        Attorney for debtor or debtor if pro se

Signed: _Richard S. Virnig_
        Debtor 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re  
**Richard S Virnig**

Case No. 20-40188

Debtor(s).

## SIGNATURE DECLARATION

☐ PETITION, SCHEDULES & STATEMENTS  
☐ CHAPTER 13 PLAN  
☐ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS  
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS  
☑ MODIFIED CHAPTER 13 PLAN  
☐ OTHER (PLEASE DESCRIBE:_____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 7-30-20

X _Richard S Virnig_  
Signature of Debtor1 or Authorized Representative

X _____  
Signature of Debtor 2

**Richard S Virnig**  
Printed Name of Debtor 1 or Authorized Representative

Printed Name of Debtor 2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In Re:                                                                                          Bankruptcy Case No. 20-40188

Richard S. Virnig,                                                                    **UNSWORN DECLARATION**
Debtor,                                                                                      **OF PROOF OF SERVICE**

---

     Renee Heuton, employed by Thomas H. Olive Law, P.A., attorneys licensed to practice law in this Court, with an office address of 5270 West 84th Street, Suite 300, Bloomington, Minnesota 55437, declares that on August 11, 2020, she served the annexed **proposed Modified Chapter 13 Plan,** upon each of the entities named below through Electronic Case Filing, if applicable, or by mailing copies to each entity entitled to notice pursuant to applicable rules, by enclosing same in an envelope with first class mail postage prepaid and depositing same in the post office at the Bloomington, Minnesota addressed to each of them as follows:

-----------------------------------------------
See attached service list
-----------------------------------------------

And I declare, under penalty of perjury, that the foregoing is true and correct.


Executed:  August 12, 2020                       Signed:   /e/ *Renee Heuton*
                                                                              Renee Heuton

SERVICE LIST

| | |
|---|---|
| US Trustee<br>1015 US Courthouse<br>300 S Fourth St<br>Minneapolis MN  55415 | Big Picture Loans<br>Customer Support<br>PO Box 704<br>Watersmeet MI 49969 |
| Gregory A Burrell Esq<br>100 S Fifth St Ste 480<br>Minneapolis MN 55402 | Capital Management Services<br>698 S Ogden St<br>Buffalo NY 14206-2317 |
| Richard Virnig<br>2121 Penn Ave S #1<br>Minneapolis MN  55405 | Citi Cards<br>PO Box 6500<br>Sioux Falls SD 57117 |
| 3 Skin Specialists Ltd<br>4100 W 50th St<br>Edina MN 55424 | Client Services Inc<br>3451 Harry S Truman Blvd<br>St Charles MO 63301-4047 |
| Alltran<br>PO Box 519<br>Sauk Rapids MN 56379 | Continental Central Credit<br>PO Box 131120<br>Carlsbad CA 92013 |
| American Accounts & Advisers<br>7460 80th St S<br>Cottage Grove MN 55016 | Credit Advocates Inc<br>1551 Southcross Dr W Ste C<br>Burnsville MN 55306 |
| American Express<br>Customer Service<br>PO Box 981535<br>El Paso TX 79998 | Credit One Bank<br>Bankruptcy Dept<br>PO Box 98873<br>Las Vegas NV 89193 |
| ARS National Services Inc<br>PO Box 463023<br>Escondido CA 92046-3023 | Cross Town Surgery Center<br>4200 Dahlberg Dr Ste 300<br>Golden Valley MN 55422 |
| Bank of America<br>PO Box 982238<br>El Paso TX 79998-2238 | Diversified Adjustment Service<br>PO Box 32145<br>Fridley MN 55432 |
| Barclays Bank<br>PO Box 8803<br>Wilmington DE 19899-8803 | DS Erickson & Assoc<br>920 Second Ave S Ste 800<br>Minneapolis MN 55402 |

Elastic Republic Bank
4030 Smith Rd
Cincinnati OH 45209

Emergency Physicians
7301 Ohms Ln Ste 650
Edina MN 55439-4000

Estate of Linda Walsh
co Paul A. Sortland
431 S Seventh St Ste 2415
Minneapolis MN 55415

Fairview Health Services
PO Box 9372
Minneapolis MN 55440-9372

Fortiva Card Services
PO Box 10555
Atlanta GA 30348

Halstad Financial Services LLC
PO Box 828
Skokie IL 60076

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Lending Club
71 Stevenson St Ste 300
San Francisco CA 94105

Malacko Law Office
PO Box 135
Cottage Grove MN 55016

Midland Credit Management
2365 Northside Dr Ste 300
San Diego CA 92108

MN Dept of Revenue
230 Bankruptcy Section
PO Box 64451
St Paul MN 55164-0451

National Credit Adjusters
PO Box 3023
Hutchinson KS 67504

Nationwide Credit Inc
PO Box 14581
Des Moines IA 50306

NCB Management Services Inc
PO Box 1099
Langhorne PA 19047

Ollo Card Services
PO Box 9222
Old Bethpage NY 11804

Park Nicollet
3800 Park Nicollet Blvd
St Louis Park MN 55416-2699

Radius Global Solutions
PO Box 357
Ramsey NJ 07446

Ramsey County Finance
Collections Enforcement
121 7th Pl E Ste 4000
St Paul MN 55101

Republic Bank & Trust
601 W Market St
Louisville KY 40202

RevSolve Inc
1395 N Hayden Rd
Scottsdale AZ 85257

Rise/Fin Wise Bank
Customer Support
PO Box 101808
Ft Worth TX 76185

Southdale Anesthesiologists LLC
Fairview Southdale Hospital
6401 France Ave S
Edina MN 55435

The Village at Palmetto Dunes
co RMC Property Management Inc
PO Box 8048
Hilton Head Island SC 29938

The Villages at Palmetto Dunes HOA
PO Box 839
Blufton SC 29910

Tria Orthopedics
PO Box 9158
Bloomington MN 55431

United Skin Specialists
2 Carlson Pkwy N Ste 240
Plymouth MN 55447

Web Bank/Lending Club
215 S State St Ste 1000
Salt Lake City UT 84111