**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
_____

| | |
|---|---|
| In Re: | Bankruptcy Case No. 20-40188 |
| Richard S. Virnig, | **NOTICE OF HEARING AND MOTION FOR MODIFICATION** |
| Debtor | **OF CHAPTER 13 PLAN** |

_____

TO:    All parties entitled to notice, if any, under Local Rule 1204(a), and the United States Trustee.

    1.    Debtor moves the Court for the relief requested below and give notice of hearing.

    2.    The Court will hold a hearing on this motion on September 17, 2020 at 10:30 a.m. before the Honorable Kathleen H. Sanberg, Bankruptcy Judge, in U.S. Courthouse, Courtroom 8 West, 300 South Fourth Street, Minneapolis, Minnesota 55415

    3.    Any response to this motion must be filed and served by delivery not later than Friday 11, 2020, which is five days before the time set for the hearing (including Saturdays, Sundays, and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

    4.    The Court has jurisdiction pursuant to 28 U.S.C. §157 and §1334, Bankruptcy Rule 5005 and Local Rule 201. This proceeding is a core proceeding. The petition commencing this Chapter 13 case was filed on January 22, 2020. The case is now pending in this Court.

    5.    Debtor requests confirmation of his Modified Chapter 13 Plan, a copy of which is attached hereto and incorporated herein by reference.

    6.    If testimony is necessary as to any facts relevant to this motion, the debtor will be available for testimony.

    7.    After confirmation, it was learned that the claim of the MN Department of Revenue filed shortly before confirmation increased the priority claims to the extent that the plan provided for insufficient payments to satisfy all priority claims as required.

    8.    The Debtor is proposing a modified Plan that allows him, in the future, to restructure his budget to pay additional funds into the Plan to pay the priority claims.

9. The modification as proposed will still allow debtor to pay, in full, all secured and priority creditor's claims in full within 60 months of the filing date of the original petition.

10. That the modification proposed by the debtor will not modify the rights of the unsecured, non-priority creditors in that they will receive essentially the same distribution under the modified plan.

11. That the Modified Plan as proposed divides all of the debtor's net disposable income, after the payment of reasonable and necessary living expenses to payment of debtor's creditors through the Modified Chapter 13 Plan, that said Plan is proposed in good faith and for paying debtor's creditors to the best of his ability as much as possible.

WHEREFORE, the debtor moves the Court for an Order that confirms the debtor's Modified Chapter 13 Plan.

Dated: August 11, 2020                                **THOMAS H. OLIVE LAW, P.A.**


By:  /e/ *Thomas H. Olive*
Thomas H. Olive (ID# 14423X)
THOMAS H. OLIVE LAW, P.A.
5270 West 84th Street, Suite 300
Bloomington, Minnesota 55437
Telephone:  (952) 831-0733

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In Re:

Richard S. Virnig,
Debtor,

Bankruptcy Case No. 20-40188

**VERIFICATION**

I, Richard S. Virnig, the party named in the foregoing Notice of Motion and Motion, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated: 7-30-20

_____
Richard S. Virnig

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re: | Bankruptcy Case No. 20-40188 |
| Richard S. Virnig, | **MEMORANDUM IN SUPPORT OF MOTION TO MODIFY** |
| Debtor | **CHAPTER 13 PLAN** |

The underlying facts and reasons for Debtor's Post-Confirmation Modification of his Chapter 13 Plan are specifically set forth in Debtor's Verified Notice of Motion and Motion for Modification of Chapter 13 Plan.

This Motion is governed by 11 U.S.C. §1329 and Local Rule 608. 11 U.S.C. §1329 provides in pertinent part as follows:

> (a) At any time after confirmation of the Plan, but before completion of payments under such Plan, the Plan may be modified, upon request of the Debtor(s), the Trustee, or the holder of an allowed unsecured claim, to:
>
> 1. Increase or reduce the amount of payments on claims of particular class provided for the Plan;...

On proper showing of changed circumstances, Debtor may amend a Plan under Code §1329 to reduce the amount of the Plan payments. No particularly burdensome proof is required for Debtor to show "changed circumstances." *In Re: Davis*, 34 B.R. 319, 320 (Bankr. E.D.VA. 1983).

The Bankruptcy Courts have uniformly held that Code §1329 should be interpreted broadly to allow the Plan to accommodate Debtor to show "changed circumstances." *In Re: Davis*, 34 B.R. 319, 320 (Bankr. E.D.VA. 1983).

The Bankruptcy Courts have uniformly held that Code §1329 should be interpreted broadly to allow the Plan to accommodate changed circumstances, so long as the circumstances existed

originally on the date of the filing of the original Petition. *In Re: Walker*, 114 B.R. 847 850 (Bankr. N.D.N.Y.).

Additionally, the Debtor proposes this Plan modification in good faith and for the purpose of paying his creditors to the best of his ability and as much as possible. Pursuant to 11 U.S.C. §1325, the Debtor is paying into this Plan all of his net disposable income throughout the remaining Plan period.

Based on the above, the Debtor respectfully requests that the Modified Plan be confirmed.

Dated:  August 11, 2020 **THOMAS H. OLIVE LAW, P.A.**

By:  /e/ *Thomas H. Olive*
Thomas H. Olive (#14423X)
THOMAS H. OLIVE LAW, P.A.
5270 West 84th Street, Suite 300
Bloomington, Minnesota 55437
Telephone:  (952) 831-0733

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | Bankruptcy Case No. 20-40188 |
| Richard S. Virnig,<br>Debtor, | **UNSWORN DECLARATION**<br>**OF PROOF OF SERVICE** |

      Renee Heuton, employed by Thomas H. Olive Law, P.A., attorneys licensed to practice law in this Court, with an office address of 5270 West 84th Street, Suite 300, Bloomington, Minnesota 55437, declares that on August 11, 2020, she served the annexed **Notice of Hearing and Motion for Modification of Chapter 13 Plan and Memorandum in Support of Motion to Modify Chapter 13 Plan,** upon each of the entities named below through Electronic Case Filing, if applicable, or by mailing copies to each entity entitled to notice pursuant to applicable rules, by enclosing same in an envelope with first class mail postage prepaid and depositing same in the post office at the Bloomington, Minnesota addressed to each of them as follows:

------------------------------------------------
See attached service list
------------------------------------------------

And I declare, under penalty of perjury, that the foregoing is true and correct.

Executed: August 12, 2020        Signed:   /e/ *Renee Heuton*
                                                                                    Renee Heuton

SERVICE LIST

| | |
|---|---|
| US Trustee<br>1015 US Courthouse<br>300 S Fourth St<br>Minneapolis MN  55415 | Big Picture Loans<br>Customer Support<br>PO Box 704<br>Watersmeet MI 49969 |
| Gregory A Burrell Esq<br>100 S Fifth St Ste 480<br>Minneapolis MN 55402 | Capital Management Services<br>698 S Ogden St<br>Buffalo NY 14206-2317 |
| Richard Virnig<br>2121 Penn Ave S #1<br>Minneapolis MN  55405 | Citi Cards<br>PO Box 6500<br>Sioux Falls SD 57117 |
| 3 Skin Specialists Ltd<br>4100 W 50th St<br>Edina MN 55424 | Client Services Inc<br>3451 Harry S Truman Blvd<br>St Charles MO 63301-4047 |
| Alltran<br>PO Box 519<br>Sauk Rapids MN 56379 | Continental Central Credit<br>PO Box 131120<br>Carlsbad CA 92013 |
| American Accounts & Advisers<br>7460 80th St S<br>Cottage Grove MN 55016 | Credit Advocates Inc<br>1551 Southcross Dr W Ste C<br>Burnsville MN 55306 |
| American Express<br>Customer Service<br>PO Box 981535<br>El Paso TX 79998 | Credit One Bank<br>Bankruptcy Dept<br>PO Box 98873<br>Las Vegas NV 89193 |
| ARS National Services Inc<br>PO Box 463023<br>Escondido CA 92046-3023 | Cross Town Surgery Center<br>4200 Dahlberg Dr Ste 300<br>Golden Valley MN 55422 |
| Bank of America<br>PO Box 982238<br>El Paso TX 79998-2238 | Diversified Adjustment Service<br>PO Box 32145<br>Fridley MN 55432 |
| Barclays Bank<br>PO Box 8803<br>Wilmington DE 19899-8803 | DS Erickson & Assoc<br>920 Second Ave S Ste 800<br>Minneapolis MN 55402 |

Elastic Republic Bank
4030 Smith Rd
Cincinnati OH 45209

Emergency Physicians
7301 Ohms Ln Ste 650
Edina MN 55439-4000

Estate of Linda Walsh
co Paul A. Sortland
431 S Seventh St Ste 2415
Minneapolis MN 55415

Fairview Health Services
PO Box 9372
Minneapolis MN 55440-9372

Fortiva Card Services
PO Box 10555
Atlanta GA 30348

Halstad Financial Services LLC
PO Box 828
Skokie IL 60076

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Lending Club
71 Stevenson St Ste 300
San Francisco CA 94105

Malacko Law Office
PO Box 135
Cottage Grove MN 55016

Midland Credit Management
2365 Northside Dr Ste 300
San Diego CA 92108

MN Dept of Revenue
230 Bankruptcy Section
PO Box 64451
St Paul MN 55164-0451

National Credit Adjusters
PO Box 3023
Hutchinson KS 67504

Nationwide Credit Inc
PO Box 14581
Des Moines IA 50306

NCB Management Services Inc
PO Box 1099
Langhorne PA 19047

Ollo Card Services
PO Box 9222
Old Bethpage NY 11804

Park Nicollet
3800 Park Nicollet Blvd
St Louis Park MN 55416-2699

Radius Global Solutions
PO Box 357
Ramsey NJ 07446

Ramsey County Finance
Collections Enforcement
121 7th Pl E Ste 4000
St Paul MN 55101

Republic Bank & Trust
601 W Market St
Louisville KY 40202

RevSolve Inc
1395 N Hayden Rd
Scottsdale AZ 85257

Rise/Fin Wise Bank
Customer Support
PO Box 101808
Ft Worth TX 76185

Southdale Anesthesiologists LLC
Fairview Southdale Hospital
6401 France Ave S
Edina MN 55435

The Village at Palmetto Dunes
co RMC Property Management Inc
PO Box 8048
Hilton Head Island SC 29938

The Villages at Palmetto Dunes HOA
PO Box 839
Blufton SC 29910

Tria Orthopedics
PO Box 9158
Bloomington MN 55431

United Skin Specialists
2 Carlson Pkwy N Ste 240
Plymouth MN 55447

Web Bank/Lending Club
215 S State St Ste 1000
Salt Lake City UT 84111