# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: | |
| Richard S. Virnig, | **ORDER GRANTING RELIEF FROM STAY** |
| Debtor. | Bankruptcy No. 20-40188 |

This case came before the court on the motion of Jason Walsh, as Personal Representative of the Linda Walsh Estate for relief from the automatic stay imposed by 11 U.S.C. §362(a).

Based on the record, the court finds that cause exists under 11 U.S.C. §362(d) to warrant the relief requested.

**IT IS ORDERED:**

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. §362(a) is terminated to permit movant to litigate its objection to the Debtor's claim against the Estate of Linda Eleanor Walsh (Case No. 62-PR-22-817) in Ramsey County, Minnesota, Probate Court. For the avoidance of doubt, Movant is not permitted to seek a money judgment or pursue collection-related state law remedies against the Debtor without further relief from this Court.

January 6, 2023

*/e/Kesha L. Tanabe*
_____
Kesha L. Tanabe
United States Bankruptcy Judge

[24080-0004/4740109/1]